# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
IAP WORLDWIDE SERVICES INC.,       *
                                   *
                                   *
          Protestor,               *
                                   *   No. 18-4C
v.                                 *   Filed: March 19, 2018
                                   *
UNITED STATES,                     *
                                   *
          Defendant.               *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of protestor's March 19, 2018 Notice of Voluntary Dismissal Without Prejudice. Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims (2017), the court **ORDERS** that the above-captioned case be **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

> s/Marian Blank Horn
> **MARIAN BLANK HORN**
> **Judge**